UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JARRETT R. JENKINS,

                                          Plaintiff,

        -against-

PORTFOLIO RECOVERY ASSOCIATES, LLC,

                                       Defendant.
------------------------------------------------------------x

Civil Docket No.:
 2:15-cv-06697

**NOTICE OF REMOVAL**

TO: CLERK - UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF NEW YORK

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT**, on this date, Defendant Portfolio Recovery Associates, LLC ("PRA"), pursuant to 28 U.S.C. §§ 1331, 1441(b) and 1446, by and through their counsel, Marshall Dennehey Warner Coleman & Goggin, P.C., hereby removes the above-captioned matter to the United States District Court for the Eastern District of New York, from the District Court of the County of Nassau, First District, New York.  In support thereof, PRA avers as follows:

1.  On or about July 9, 2015, Plaintiff filed a Summons without Formal Pleadings (the "Summons") in the District Court of the County of Nassau, First District, New York, at case number CV-009830-15.  A true and correct copy of Plaintiff's Summons is attached hereto and marked as Exhibit "A".

2.  PRA was not served with the summons and complaint.

1

3.      Plaintiff's Complaint alleges that PRA violated the Telephone Consumer Protection Act, 47 U.S.C. § 227.  See Plaintiff's Complaint.

4.      PRA has timely filed this Notice of Removal within thirty days of being served with the Complaint and within thirty days of the date that the Action was first removable because PRA was never served with the Summons or a complaint and PRA waives service.  *See* 28 U.S.C. § 1446(b).

5.      This case is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(b), in that Plaintiff has alleged, *inter alia*, that PRA violated the Telephone Consumer Protection Act, 47 U.S.C. § 227, thereby asserting claims that arise under federal law.

6.      In that the causes of action alleged by Plaintiff arise from the performance of obligations of the parties within Nassau County, New York, the United States District Court for the Eastern District of New York, should be assigned this action.

7.      PRA, upon filing this Notice of Removal in the office of the Clerk of the United States District Court for the Eastern District of New York, has also caused to be filed copies of this Notice with the District Court of the County of Nassau, First District, New York, to effect removal of this action pursuant to 28 U.S.C. § 1446(d).

8.      By Removing this Action to this Court, PRA does not waive any defenses that may be available to it.

**WHEREFORE**, Defendant Portfolio Recovery Associates, LLC hereby notifies this Honorable Court that the Action is removed from the District Court of the County of Nassau, First District, New York, to the United States District Court for the Eastern District of New York pursuant to the provisions of 28 U.S.C. §§ 1331, 1441 and 1446.

Respectfully submitted,

**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN, P.C.**

By:  _____/s/ *Matthew B. Johnson*_____
Matthew B. Johnson (MJ 1662)
88 Pine Street, 21st Floor
New York, New York 10005
Tel: (212) 376-6400
MBJohnson@mdwcg.com
Attorney for Defendants Midland Credit Management, Inc., Midland Funding, LLC, Asset Acceptance Capital Corp., Asset Acceptance, LLC and Encore Capital Group, Inc.

Dated:  November 23, 2015